UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JOSE CARCHI, et al.,                                                :
                                                                    :           17 Civ. 3160 (PAE)
                     Plaintiffs,                           :           18 Civ. 00291 (PAE)
                                                                    :           18 Civ. 08898 (PAE)
          -v-                                                       :
                                                                    :                ORDER
SAN PIETRO RESTAURANT INC., et al.,                                 :
                                                                    :
                     Defendants.                            :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On October 24, 2019, the parties submitted proposed settlement agreements, Dkt. 134 ("Agreements"), and a letter in support, in this Fair Labor Standards Act ("FLSA") action.[1] This FLSA settlement involves two agreements. The first is between all plaintiffs, except Jean Charles Antoine Quarrato, and defendants San Pietro Restaurant Inc., Gerardo Bruno, Guiseppe Bruno, and Cosimo Bruno (the "First Agreement"). The second is between plaintiff Quarrato and defendants Sistina Restaurant, Inc., and Guiseppe Bruno (the "Second Agreement"). The Court has carefully reviewed the Agreements. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Defendants agree to pay $149,037.63 to all plaintiffs except Quarrato, pursuant to the First Agreement; $1,600 to Quarrato, pursuant to the Second Agreement; and $49,679.21 in attorneys' fees to plaintiffs' attorney, Michael Faillace & Associates. The Agreements therefore allocate one third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees. Upon careful review of the Agreements, the Court is satisfied that the Agreements were achieved

---

[1] The parties are resolving their New York Labor Law ("NYLL") claims in a separate agreement.

through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreements.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 29, 2019
       New York, New York